LMP:

AO 91 (Rev. 11/11) Criminal Complaint                                                                 2022R00035

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

v.

HARSHKUMAR RAMANLAL PATEL,
a/k/a "Dirty Harry,"
a/k/a Harry Patel,
a/k/a Param Singh,
a/k/a Haresh Rameshlal Patel, and
a/k/a Harshkumar Singh Patel

**Case No. 23-mj-673 (TNL)**

**Filed Under Seal Pursuant to Order**

# CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about January 19, 2022, in the State and District of Minnesota, the defendant Harshkumar Ramanlal Patel, did, knowing or in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, transported, and moved and attempted to transport and move such alien, and aided and abetted such transportation by Steve Shand, within the United States by means of transportation or otherwise, in furtherance of such violation of law, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(A)(v)(II).

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or between December 9, 2021, and January 19, 2022, in the State and District of Minnesota, the defendant Harshkumar Ramanlal Patel, did, knowing that a person was an alien, brought to and attempted to bring to the United States in any manner whatsoever such person at a place other than a designated port of entry and place other than as designated by the Commissioner, regardless of whether such alien had received prior official authorization to come to, enter, and reside in the United States and regardless of any future official action which may be taken with respect to such alien, and so conspired with Steve Shand, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(1)(A)(v)(I).

I further state that I am a Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheets and made a part hereof: ☒Yes  ☐ No

_____
*Complainant's signature*

Manuel Jimenez, Special Agent
Homeland Security Investigations
_____
*Printed name and title*

SUBSCRIBED and SWORN before me
by reliable electronic means (FaceTime and
email) pursuant to Fed. R. Crim. P. 41(d)(3)
on ⁷ᵗʰ day of September, 2023.

_____
*Judge's Signature*

Date: ____September 7, 2023____

City and State: Minneapolis, Minnesota

The Honorable Tony N. Leung
United States Magistrate Judge
_____
*Printed Name and Title*